**GONZALEZ, M.**

v.

**UCBR**

1852 CD 2016

Commonwealth Court of Pennsylvania.

07/28/2017

Unemployment Compensation Board of Review, B–593167

Affirmed

■

**KLIESH, J.**

v.

**BORO OF MORRISVILLE, et al.**

1877 CD 2016

Commonwealth Court of Pennsylvania.

07/28/2017

Bucks County Civil Division, 2016–03856

Affirmed

■

**GRAY, C.**

v.

**PBPP**

2042 CD 2016

Commonwealth Court of Pennsylvania.

07/28/2017

Board of Probation & Parole, CP–22–CR–0001179–2015

Affirmed

■

**HUSAIN, K.**

v.

**WCAB**

1484 CD 2016

Commonwealth Court of Pennsylvania.

07/31/2017

Workers' Compensation Appeal Board, A15–1403

Affirmed